# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  2:12-cr-00084-MMD-GWF |
| | ) | |
| vs. | ) | **MINUTE ORDER** |
| | ) | |
| ROGER GRODESKY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | Dated:  September 3, 2013 |

PRESENT:   THE HONORABLE GEORGE FOLEY, JR., U.S. Magistrate Judge

JUDICIAL ASSISTANT:   Julia Hill      RECORDER:      None

COUNSEL FOR PLAINTIFF:      None Appearing

COUNSEL FOR DEFENDANT:      None Appearing

TAKE NOTICE THAT pursuant to the Stipulation to Extend Government's Time to Respond to Defendant's Pretrial Motion (#128), the parties have negotiated a tentative resolution to this matter. Accordingly, the hearing on Defendant's Motion to Suppress (#120) set for September 25, 2013 is vacated and the Motion to Suppress is vacated, without prejudice, to refiling if the parties are unable to negotiate a plea agreement.

GEORGE FOLEY, JR.
United States Magistrate Judge