**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\* \* \***

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROGER GRODESKY, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | 2:12-cr-84-APG-GWF-3 <br><br> **O R D E R** |

On **February 20, 2014,** this matter came before the Court for hearing on the Petition for action on the defendant's conditions of pretrial release (#179). The defendant was present with counsel.

The defendant did not contest the allegations and consented to detention pending sentencing. The defendant also entered a plea of guilty to the charges set forth in the Superseding Information.

The Court has considered the information offered by the Government, defendant's admission that he has violated his terms of release and also his consent and request for detention, and finds as follows:

There is clear and convincing evidence that the defendant has violated his condition(s) of release; and

The defendant has entered a plea of guilty. Therefore, the burden is on him to prove he is not a danger to the community, a flight risk, and/or is likely to abide by conditions of release.

ACCORDINGLY, IT IS THEREFORE ORDERED pursuant to the provisions of 18 U.S.C. § 3148 that the release order heretofore entered on **April 11, 2012** is hereby revoked.

IT IS FURTHER ORDERED that the defendant shall be detained pending Sentencing.

DATED this  20th   day of February, 2014.

**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**